CANEPI, Respondent, v. GROSS, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Joseph Canepi, Jr., against Fred E. Gross. No opinion. Judgment of the City Court of Yonkers affirmed with costs.

CARTIER v. SPOONER. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Emmaline Cartier against William R. Spooner. No opinion. Motion denied, on condition that appellant have his case ready for argument on the first motion day of the December term. Order filed.

CASE, Respondent, v. DONNOCKER, Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Edward A. Case against Delbert G. Donnocker. No opinion. Judgment and order affirmed, with costs. Order denying motion for new trial on the ground of newly discovered evidence affirmed, with $10 costs and disbursements.

CEFOLA, Respondent, v. SIEGEL-COOPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Action by Donat Cefola against the Siegel-Cooper Company. No opinion. Motion granted, with costs.

CERF, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Josephine Cerf against the New York City Railway Company. C. F. Brown, for appellant. N. Ottinger, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $5,000, in which event judgment, as so reduced, and order, affirmed, without costs. Settle order on notice.
HOUGHTON, J., dissents and votes for reversal.

CHARLES AMUSEMENT CO., Respondent, v. ECKENSPERGER, Sheriff, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by the Charles Amusement Company against Thomas Eckensperger, as sheriff, etc., and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Held that, it appearing by statements of counsel made in open court that the plaintiff has ceased to carry on the business which the sheriff was restrained from interfering with, and that the parties have entered upon the trial of the issues, and that the action may be determined upon the merits before the commencement of the next season, the questions of law involved should not be determined upon this motion, but on an appeal from the judgment.

CHARLES H. BROWN PAINT CO., Respondent, v. COHN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Action by the Charles H. Brown Paint Company against Samuel Cohn and another.
PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellants perfect the appeal within 20 days and pay the respondent $10 costs. On compliance, the motion to dismiss the appeal is denied, without costs, and the case placed at the foot of the present calendar.

CHATILLON, Appellant, v. LEONORI HOTEL CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edmund H. Chatillon against the Leonori Hotel Company and others. F. X. Butler, for appellant. G. P. Hotaling, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF BUFFALO, Respondent, v. DELAWARE, L. & W. R. CO., et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by the city of Buffalo against the Delaware, Lackawanna & Western Railroad Company and another.
PER CURIAM. Order affirmed, with $10 costs and disbursements, upon condition that the plaintiff tender to the defendants a stipulation consenting to proceed to the trial of the action upon five days' notice before the court or a referee to be named by the court. In case of failure to tender such stipulation within three days after the entry of this order, the order appealed from is reversed, with $10 costs and disbursements. Held, that a decision of the controversy upon the merits should not be made upon this motion, but only after final judgment.

In re CITY AND COUNTY HALL FOR USE OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) In the matter of the appointment of one trustee of the city and county hall for the use of the city of Buffalo and the county of Erie, in place of Lyman M. Baker, deceased. No opinion. Order entered appointing Henry C. Steul a trustee of the city and county hall for use of the city of Buffalo and the county of Erie, for the unexpired portion of the term of Lyman M. Baker, deceased, viz., for the period ending May 4, 1908.

CLARK, Respondent, v. NATIONAL STARCH CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Action by James G. Clark against the National Starch Company. No opinion. Judgment and order affirmed, with costs.

CLOTHIER, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Henry Clothier, an infant, by Harry J. Raymond, his guardian ad litem, against the Hudson River Telephone Company. No opinion. Order affirmed, with